JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-08368-RGK-RAO | Date | July 21, 2021 |
|---|---|---|---|
| Title | The Alixir Company v. Que Onda Beverage, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

    The Order Striking Electronically Filed Document(s) [43] is hereby recalled. The matter is ordered closed.

    **IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    sw